# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LEE DEXTER,                        )    NO. 5:20-CV-02219-JWH(E)
                                          )
                Petitioner,               )
                                          )
        v.                                )    JUDGMENT
                                          )
PATRICK COVELLO, Warden,                  )
                                          )
                Respondent.               )
                                          )
_____)

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

        DATED: July 8, 2021.

        _____
                        JOHN W. HOLCOMB
                UNITED STATES DISTRICT JUDGE